IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PENDARIES VILLAGE COMMUNITY
ASSOCIATION,

      Plaintiff,

vs.                                                                       No. CIV 23-0058 JB/KK

GRANITE STATE INSURANCE
COMPANY,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Order Granting Joint Motion to Dismiss Lawsuit with Prejudice, filed March 28, 2024 (Doc. 53)("Order"). In the Order, the Court "dismiss[es] <u>with prejudice</u> . . . the . . . lawsuit by Plaintiff Pendaries Village Community Association against Granite State Insurance Company, with each party to bear its own attorney's fees and costs." Order at 1 (emphasis in original). Given that there are no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to rule 58 of the Federal Rules of Civil Procedure, dismissing this lawsuit with prejudice.

**IT IS ORDERED** that: (i) the Plaintiff's Complaint for Breach of Insurance Contract, Violation of the New Mexico Unfair Claim Practices Act, and Bad Faith Actions, filed January 20, 2023 (Doc. 1-1), is dismissed with prejudice; (ii) this case is dismissed with prejudice; and (iii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

James Trenton Cooper
Callender Bowlin
Houston, Texas

-- and --

Lawrence A. VandenBout
Suzanne Love Childress
VandenBout Law, PLLC
Denver, Colorado

    *Attorneys for the Plaintiff*

Vanessa Garcia
Quintairos, Prieto, Wood & Boyer P.A.
Albuquerque, New Mexico

-- and --

Nicholas Govea
Jill M. Collins
Lewis Brisbois Bisgaard & Smith LLP
Albuquerque, New Mexico

    *Attorneys for the Defendant*